UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Andrew Higgins</u>

     v.         04-cv-211-PB

<u>NH Department of Corrections</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 8, 2006, no objection having been filed.

SO ORDERED.


March  23, 2006         /s/ Paul Barbadoro
               Paul Barbadoro
               United States District Judge


cc: Andrew Higgins, Pro se